UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEONARD BAKER, | No. 2:16-cv-0907 AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

By order filed October 20, 2016, petitioner was ordered to pay the filing fee and show cause why the petition should not be dismissed as untimely. ECF No. 5. The thirty day period for doing so has now passed and while petitioner has paid the filing fee, he has not shown cause why the petition should not be dismissed. To "show cause," petitioner must file a document titled Response to Order to Show Cause that explains why his petition should not be dismissed as untimely (filed too late).

Accordingly, IT IS HEREBY ORDERED that within thirty days of service of this order, petitioner must show cause in writing why the petition should not be dismissed as untimely. Failure to comply with this order will result in dismissal of the petition.

DATED: December 7, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE